## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd.**, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>**Dream Home Estates, Inc.**,<br><br>Defendant. | Adversary No. 19-00528 |

## NOTICE OF AGREED MOTION

**Please take notice** that on **Thursday, February 18, 2021, at 10:45 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Carol A. Doyle United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead and shall then and there present the **Agreed Motion to Extend Briefing Schedule,** a copy of which is attached hereto and herewith served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

{00188635}

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

| | |
|---|---|
| Dated: February 9, 2021 | **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd., |
| | By: */s/ Jeffrey K. Paulsen* <br> One of His Attorneys |

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com

{00188635} 2

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on February 9, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below.

*/s/ Jeffrey K. Paulsen*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **David P. Lloyd** | courtdocs@davidlloydlaw.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inoruptcy.com; holtschlagar43923@notify.bestcase.com |
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com; bharlow@wfactorlaw.com; jpaulsen@ecf.inoruptcy.com |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.**, *et al.*, | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors. | Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd., | |
| Plaintiff, | |
| v. | Adversary No. 19-00528 |
| **Dream Home Estates, Inc.**, | |
| Defendant. | |

**AGREED MOTION TO EXTEND BRIEFING SCHEDULE**

Ronald R. Peterson, as chapter 7 trustee for Mack Industries, Ltd. (the "**Plaintiff**"), by and through his attorneys, by agreement with counsel for Dream Home Estates, Inc. (the "**Defendant**"), moves this Honorable Court to extend the schedule for briefing the Defendant's Motion for Summary Judgment (the "**Motion**").

**BACKGROUND**

At presentment of the defendant's Motion for Summary Judgment, this Court set a briefing schedule on the Motion. The Trustee was to file his response by February 11, 2021, the defendant, its reply by March 11. A status was also set on March 18. The Trustee has been working on his response but needs an additional four weeks to complete it. The defendant has agreed to the extension, provided they get an equivalent extension of their reply deadline.

{00188635}

## DISCUSSION

"When an act is required … to be done at or within a specified period …, the court for cause shown may at any time in its discretion … order the period enlarged if the request therefore is made before the expiration of the period originally prescribed …." Fed. R. Bankr. P. 9006(b)(1).

Cause exists here to extend the Trustee's response deadline. The Trustee is working to complete his response to the Motion but needs an additional four weeks to complete it. The defendant has agreed to this extension. The Trustee therefore requests that the deadline for his response be extended to March 11, 2021, and that the defendant's reply deadline is likewise extended to April 8, 2021.

**Wherefore**, the Trustee respectfully requests that the Court extend the time for him to file his response to the motion for summary judgment to March 11, 2021, the deadline for the defendant to file its reply to April 8, 2021, and grant such further relief as is appropriate in the circumstances.

Dated: February 9, 2021

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries, Ltd.

By: */s/ Jeffrey K. Paulsen*
One of His Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:  (312) 878-4830
Fax:  (847) 574-8233
Email: aholtschlag@wfactorlaw.com

{00188635}                      2