**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Mack Industries, Ltd., *et al.* | ) | Bankruptcy No. 17 B 09308 |
| | ) | |
| _____ | ) | Judge Carol A. Doyle |
| | ) | |
| Ronald R. Peterson, Trustee for Mack Industries, Ltd., | ) | Chapter 7 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adv. No. 19 A 00528 |
| | ) | |
| Dream Home Estates, Inc., | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 19, 2021**, at 10:45 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the attached **Motion to Withdraw as Counsel for Defendant(s)**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

> David P. Lloyd
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by certified mail, return receipt requested, by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 5th day of August, 2021.

                                                                  /s/ David P. Lloyd
                                                                   David P. Lloyd

**SERVICE LIST:**

Ariane Holtschlag
aholtschlag@wfactorlaw.com

Jeffrey K. Paulsen
jpaulsen@wfactorlaw.com

By Certified Mail:
Dream Home Estates, Inc.
19444 Lisadell Dr.
Tinley Park, IL  60487

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Mack Industries, Ltd., *et al.* ) | Bankruptcy No. 17 B 09308 |
| ) | |
| _____ ) | Judge Carol A. Doyle |
| ) | |
| Ronald R. Peterson, Trustee for Mack Industries, Ltd., ) | Chapter 7 |
| ) | |
| Plaintiff ) | |
| v.   ) | Adv. No. 19 A 00528 |
| ) | |
| Dream Home Estates, Inc., ) | |
| Defendants ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT(S)

NOW COMES David P. Lloyd, of David P. Lloyd, Ltd., attorney for the Defendant(s), and moves this honorable Court for leave to withdraw as counsel for Defendant(s), and in support thereof state as follows:

1. Movant has represented the Defendant(s) since filing an appearance and answer in this proceeding in 2019.

2. Movant has served discovery on Plaintiff's counsel, has received and forwarded to the Defendant(s) discovery requests from Plaintiff, and has appeared at numerous status hearings in this adversary proceeding.  Movant has in all aspects of the case represented the Defendant(s) diligently and fairly.

3. Matters have arisen between the Movant and the Defendant(s) that make it impossible for the Movant to continue to represent the Defendant(s). Defendant(s) have failed to assist the Movant in the defense of this proceeding and have failed to adhere to financial obligations to Movant.

4. Movant has given proper notice, by certified mail, to the Defendant(s) of this motion.

WHEREFORE David P. Lloyd, counsel for the Defendant(s), prays for leave to withdraw as counsel for Defendant Dream Home Estates, Inc.

          /s/ David P. Lloyd
David P. Lloyd
David P. Lloyd, Ltd.

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265