UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Mack Industries, Ltd., et al.<br><br><br>Debtor(s)<br>Ronald R. Peterson, Trustee for Mack Industries, Ltd.<br><br>Plaintiff(s)<br>Dream Home Estates, Inc.<br><br><br>Defendant(s) | BK No.: 17-09308<br>Chapter: 7<br>Honorable Carol A. Doyle<br><br>Adv. No.: 19-00528 |

### ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR DEFENDANT

THIS CAUSE coming on to be heard on the motion of David P. Lloyd to withdraw as counsel for the Defendant,

IT IS HEREBY ORDERED that David P. Lloyd is given leave to withdraw as counsel for the Defendant, Dream Homes Estates, Inc.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 19, 2021

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265